**1502  OSBORNE vs. COMMON COUNCIL** (Detroit), No. 15897; 69 N. W., 644; 3 D. L. N., 687.  (Certiorari to Wayne.)

To compel respondent to pay to relator, who had been a clerk in the office of the receiver of taxes, but who had been discharged by said receiver, salary alleged to have accrued since relator's discharge, the petition setting forth that the receiver of taxes had no power to discharge relator.

Reversed and writ denied December 24, 1896, with costs of both courts. Application for re-hearing denied, with costs.